UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60696-CIV-COHN/SELTZER

BROWARD SHIPYARD, INC.,

    Plaintiff,

v.

M/Y "LIFE IS GOOD", O.N. 920 932,
her engines, tackle, and appurtenances,
*in rem*, and KEVIN B. BRYANT,
*in personam*,

    Defendant.
_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiff Broward Shipyard, Inc.'s Motion for Final Default Judgment [DE 26] ("Motion") as to Defendants M/Y Life is Good, *in rem*, and Kevin B. Bryant, *in personam*, and any potential claimants who failed to file a responsive pleading in the above-captioned action. The Court has carefully considered the Motion and accompanying exhibits [DE's 26-1, 26-2], as well as the entire record in this case, including Plaintiff's Amended Verified Complaint *in rem* for the Arrest of M/Y "Life is Good" [DE 14], the returns of service of the Complaint [DE 18] and Amended Complaint [DE 19] on Mr. Bryant, the executed return of warrant for arrest of M/Y Life is Good [DE 11], the Verified Notice of Filing Publication [DE 17], the Clerk's Entry of Default against Defendants [DE 24], Defendants' failure to respond to the instant Motion, the failure of any other party to file a claim or answer, and is otherwise advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff Broward Shipyard, Inc.'s Motion for Final Default Judgment [DE 26] is **GRANTED**;

2. Final Default Judgment is hereby entered in favor of Plaintiff Broward Shipyard, Inc., by virtue of its maritime lien for necessaries furnished to M/Y Life is Good, pursuant to 46 U.S.C. § 31342(a)(1) and (2), Federal Rule of Civil Procedure 55(b), and the Southern District of Florida Local Admiralty Rules, and against Defendants M/Y Life is Good and Kevin B. Bryant, and any potential claimants that failed to file an answer or claim;

3. Plaintiff shall recover from Defendants the sum of $23,933.17, consisting of $20,001.72 in principal, $3431.00 in costs, and $500.45 in prejudgment interest through June 1, 2011, plus pre-judgment interest at the rate of 3.25% per annum on the principal to the date of this judgment;

4. This judgment shall bear interest at the federal post-judgment interest rate of 0.18% per annum from today, for which let execution issue;

5. Any pending motions are **DENIED as moot**, and the Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 22nd day of June, 2011.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF

Kevin B. Bryant, *pro se*
2288 Edwards Road
Palm Beach Gardens, FL 33410