UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60696-CIV-COHN/SELTZER

IN ADMIRALTY

BROWARD SHIPYARD, INC.,

    Plaintiff,

v.

M/Y "LIFE IS GOOD", O.N. 920 932,
her engines, tackle, and appurtenances,
*in rem*, and KEVIN B. BRYANT,
*in personam*,

    Defendants.
_____/

**AMENDED ORDER CONFIRMING THE SALE OF**
**M/Y LIFE IS GOOD, FREE AND CLEAR OF ALL LIENS, AND**
**DIRECTING U.S. MARSHAL TO RELEASE VESSEL**

**THIS CAUSE** is before the Court upon Plaintiff Broward Shipyard, Inc.'s Motion for Order Confirming the Sale of M/Y LIFE IS GOOD [DE 42] ("Motion"). The Court has considered the Motion, the Clerk's Confirmation of Sale [DE 40], and the record in this case, and is otherwise advised in the premises. The Court further notes that there have been no objections to the sale of the vessel conducted by the U.S. Marshal on July 27, 2011. Therefore, in accordance with the Local Admiralty Rules, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Order Confirming the Sale of M/Y LIFE IS GOOD [DE 42] is **GRANTED**;

2. The U.S. Marshal's sale of Defendant Vessel M/Y LIFE IS GOOD, her engines, tackle and appurtenances, conducted on July 27, 2011, is hereby confirmed;

3. The U.S. Marshal is hereby authorized and directed to execute the necessary Bill of Sale and any other documents which may be required to transfer title of Defendant Vessel to Broward Shipyard, Inc., a corporation;

4. The U.S. Marshal shall forthwith release Defendant Vessel from the pending *in rem* arrest, provided all of the U.S. Marshal's fees and costs have been satisfied;

5. The Substitute Custodian, Broward Shipyard, Inc., is hereby relieved of any further responsibility as Substitute Custodian of this Court or to the U.S. Marshal;

6. The U.S. Marshal of the Southern District of Florida is hereby directed to remit to Plaintiff any and all funds remaining after deduction of any and all U.S. Marshal's fees, costs, clerk costs and fees, as they relate to the cost deposit posted by Plaintiff, payable to Plaintiff's counsel, Houck Anderson P.A.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 10th day of August, 2011.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF

Kevin B. Bryant
2288 Edwards Road
Palm Beach Gardens, FL 33410

M/Y LIFE IS GOOD through
its Substitute Custodian
Broward Shipyard
750 NE 7th Avenue
Dania, FL 33004